UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-20673-CR-GRAHAM(s)

UNITED STATES OF AMERICA

        Plaintiff,

vs.

LAMAN WITHERSPOON,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to United States Magistrate Judge Palermo on August 17, 2010. A Report and Recommendation was filed on November 3, 2010 recommending payment in the amount of $15,604.50 as to voucher number FLS092550. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Peter R. Palermo is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of November, 2010.

                                                  DONALD L. GRAHAM
                                                  UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Palermo
        Stuart Adelstein, Esq.
        Lucy Lara, CJA Administrator